Case 1:10-cv-00456-JAW   Document 28   Filed 12/07/10   Page 1 of 2   PageID #: 137

Hilda Solis, Secretary of Labor
U.S. Dept. of Labor
       Plaintiff

       v.

Sullivan Granite Co., LLC and
Conrad F. Smith   Defendants

File No. 1:cv-00456-JAW

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2010 DEC -7 P 12:30

BY_____
DEPUTY CLERK

## Parties' Agreement on Proposed Order

The Secretary of Labor and Conrad Smith, d/b/a Sullivan Granite Co. agree to the following:

Conrad Smith agrees that he will not operate his mine, Brown's Meadow Quarry until such time as he has fully corrected all cited and outstanding safety and health violations.

Conrad Smith agrees that he will not extract or process in any form any granite for personal or commercial use until such time as an MSHA inspector has inspected his mine and verified that he is in compliance with all outstanding violations and related Orders.

Conrad Smith agrees that he will not take any action

to impede or interfere with MSHA inspectors in completing their inspection duties.

Conrad Smith agrees to contact Maine Safety Works (State of Maine Dept. of Safety - Augusta) to assist in achieving full compliance with safety and health requirements of Federal Mine Safety regulations.

Conrad Smith agrees to notify MSHA when he has fully corrected all cited and outstanding MSHA violations in order that MSHA can conduct a re-inspection to evaluate any and all corrective action.

Finally, Conrad Smith agrees that his failure to abide with the terms of this Agreement shall subject him to the sanction of the U.S. District Court of Maine.

_____  
Kevin E. Sullivan  
Attorney - Plaintiff  
U.S. Dept. of Labor  

Dated: December 7, 2010

_____  
Conrad J. Smith  
Defendant  

Dated: December 7, 2010